TERREE A. BOWERS
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ALVAN M. JOFFE
ASSISTANT UNITED STATES ATTORNEY
   300 NORTH LOS ANGELES STREET #7516
   LOS ANGELES, CA 90012
   213-894-2470
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
          Plaintiff,

     v.

BRIAN R. BRONK, D.C.,
          Defendant.

CASE NO: CV-93A-30316

DEFAULT JUDGMENT

FILED
CLERK, U.S. DISTRICT COURT
NOV 30 1993
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
NOV 30 1993
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from BRIAN R. BRONK, D.C., the sum of $30,792.16 as principal, $1,048.47 as accrued prejudgment interest, $140.00 administrative charges, a surcharge of $3,210.06 and $120.00 costs, for a total amount of $35,310.69, plus interest from November 22, 1993, at the rate of $5.59 per day to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED; NOV 30 1993

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____R. L. BYER_____
     Deputy Clerk